UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RANDALL B. HOFLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CV-09-173-B-W |
| | ) |
| GLENN ROSS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed June 2, 2009, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED pursuant to 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1) that the Plaintiff's Complaint (Docket # 1) be and hereby is DISMISSED with prejudice because it fails to state a claim against the Defendants.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 3rd day of August, 2009